JOHN G. WENDEL, as Executor of JOHN D. WENDEL, Deceased, Appellant, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent.

*Wendel* v. *Mayor, etc., of New York*, 53 App. Div. 631, affirmed.
(Argued January 17, 1901; decided February 1, 1901.)

APPEAL from a judgment entered October 8, 1900, upon an order of the Appellate Division of the Supreme Court in the first judicial department, overruling plaintiff's exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for defendant upon a verdict directed by the court at a Trial Term.

*David B. Hill, Augustus Van Wyck* and *Matthew F. Neville* for appellant.

*John Whalen, Corporation Counsel (Theodore Connoly* and *George L. Sterling* of .counsel), for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, LANDON and CULLEN, JJ.